IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

JAY FOLSE,

    Plaintiff,

v.   CIVIL ACTION NO. 2:23-cv-00561

JOHN MCCUSKEY, JR. and
G. RUSSELL ROLLYSON, JR.,

    Defendants.

## JUDGMENT ORDER

In accordance with the accompanying order adopting the Magistrate Judge's Proposed Findings and Recommendation and granting the Defendants' motion to dismiss, the Court **ORDERS** that this case be dismissed and stricken from the docket.

The Court **DIRECTS** the Clerk to send a certified copy of this Judgment Order to counsel of record and to any unrepresented party.

ENTER:   February 8, 2024

*/s/ Irene C. Berger*
IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA